AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means ☐ Original ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of )<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>1811 West Katella Avenue<br>Suite 217 and Suite 218<br>Anaheim, California 92804 | Case No. 8:23-MJ-00273 |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-2*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference [and attached hereto

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: May 30, 2023 at 1:40 p.m.

*Karen E. Scott*
*Judge's signature*

City and state: Santa Ana, CA

Hon. Karen E. Scott, U.S. Magistrate Judge
*Printed name and title*

AUSA: B. Lichtman (ext. 3530)

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.: 8:23-MJ-00273 | Date and time warrant executed: May 31, 2023, 0918 hours | Copy of warrant and inventory left with: 1811 W. Katella Ave., Suite 217, Anaheim, CA 92804 |
| Inventory made in the presence of : | Special Agent Alison Davis | |

Inventory of the property taken and name of any person(s) seized:

See Attached Inventory Report

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: May 31, 2023

*Executing officer's signature*

Alison Davis, Special Agent
*Printed name and title*




**DEPARTMENT OF HEALTH AND HUMAN SERVICES**

# Office of Inspector General
### Office of Investigations

**Inventory Report**   **Date Printed:** 5/31/2023
Los Angeles Regional Office (LARO)

**IRIS Case #:** L20001849
**Case Agent:** Alison Davis

**Item #:** 17   **Org #:** 78433   **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** B
**Site #:** Site 2
**Description:** Patient Records
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 18   **Org #:** 78434   **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** B
**Site #:** Site 2
**Description:** Patient Records, Daily Logs, Auth Forms
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 19   **Org #:** 78435   **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Employee Timesheet
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 20   **Org #:** 78436   **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Corp Doc, HIS Report, Breve Track Charts, Contracts
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 21     **Org #:** 78437     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** B
**Site #:** Site 2
**Description:** Presigned PT Forms
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 22     **Org #:** 78438     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Notebooks, Accounts Info, Claims Info, Patient Folder, Visit Reports, Eligibility, Patient List w codes
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 23     **Org #:** 78439     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Inserive Binder, Patient Survey
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 24     **Org #:** 78440     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** QA Binders, MediCal Binders
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 25     **Org #:** 78441     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Emp Sheets, Accounts Payable, Business Records, Annual Payers Evaluation
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 26     **Org #:** 78442     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Inservice, Loose papers, pt files presigned, shred bin
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 27     **Org #:** 78443     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Employee Files, Timesheet
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 28     **Org #:** 78444     **OI Item #:** Site 1, Room A
**Date Received:** 5/31/2023
**Source and Site Address:** 2323 W Lincoln Ave suite 209, Anaheim, CA 92801, USA
**Room #:** A
**Site #:** 1
**Description:** Items taken from shred bin (in Lobby).
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 30     **Org #:** 78446     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suite 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Staff Inserive, Patient Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 31     **Org #:** 78448     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Employee Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 32     **Org #:** 78449     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Patient Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 33     **Org #:** 78450     **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Patient Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 34         **Org #:** 78451         **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Patient Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 35         **Org #:** 78452         **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Employee Files
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 41         **Org #:** 78458         **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Image L-20-0184-9, FZ02 Generic Tower
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 42         **Org #:** 78459         **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** A
**Site #:** Site 2
**Description:** Image L-20-084-9, FZ01 Dell Inspiron Kaur
**Status:** Checked In: Los Angeles Regional Office (LARO)

**Item #:** 43         **Org #:** 78460         **OI Item #:** Site 2
**Date Received:** 5/31/2023
**Source and Site Address:** 1811 W. Katella Ave., Suites 217 & 218, Anaheim, CA 92804
**Room #:** B
**Site #:** Site 2
**Description:** Image L-20-0184-9 FZ03 Dell Laptop Sharma Vishal
**Status:** Checked In: Los Angeles Regional Office (LARO)

Signature _____     Date _____